## DAWSON *v.* THE STATE.

No. 10726. APRIL 12, 1935.

*Branch & Howard* and *E. L. Tiller,* for plaintiff in error.

*M. J. Yeomans, attorney-general, John A. Boykin, solicitor-general, J. W. LeCraw, B. D. Murphy, J. T. Goree,* and *E. J. Clower,* contra.

GILBERT, Justice. Burel Dawson was found guilty of the offense of murder. He moved for a new trial on the general and two special grounds. To the judgment overruling the motion he excepted. None of the grounds of the motion shows error.

*Judgment affirmed. All the Justices concur, except*

RUSSELL, Chief Justice, dissenting. Without regard to the potency or sufficiency of the evidence in this case, I am of the opinion that under the assignments of error in the motion for new trial the court erred in refusing the grant of a new trial. This for the reason that the special grounds of the motion evidence such deprival of the boon of counsel to represent a prisoner as requires a reversal of the judgment.